IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


ANGELA STANICH,  　　　　　　　　　　　　　No. 3:17-CV-01693-JR

　　　　　　Plaintiff,　　　　　　　　　　　　　　ORDER

　v.

QUICK COLLECT, INC.,

　　　　　　Defendant.


HERNÁNDEZ, District Judge:

　　　Magistrate Judge Papak issued a Findings and Recommendation [24] on September 10, 2018, in which he recommends that the Court deny Plaintiff's Motion for Partial Summary Judgment [13]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings and Recommendation [24]. Accordingly, Plaintiff's Motion for Partial Summary Judgment [13] is DENIED.

IT IS SO ORDERED.

DATED this \_\_\_7\_\_\_ day of \_\_\_Dec_____, 2018

_____
MARCO A. HERNÁNDEZ
United States District Judge